# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| XAVIA T. GOODWYN, | ) | Civil Action No. 7:17CV00271 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER AND FINAL JUDGMENT** |
| | ) | |
| | ) | |
| ROOP, *et al.*, | ) | By: Norman K. Moon |
|     Defendants. | ) | Senior United States District Judge |

For the reasons set forth in the accompanying Memorandum Opinion, Findings of Fact, and Conclusions of Law, it is hereby ORDERED as follows:

1. Plaintiff's objections (Dkt. No. 141) to the magistrate judge's Report and Recommendation (Dkt. No. 140) are **OVERRULED**, and the Report and Recommendation is **ADOPTED** in its entirety, including all of its recommended Factual Findings and Legal Conclusions;

2. Judgment is hereby **ENTERED** in favor of defendants as to all remaining claims; and

3. This matter is **STRUCK** from the active docket of the court.

**ENTER**: This 12th day of August 2020.

*/s/ Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE